

| | |
|---|---|
| **Reply to: Valley Forge Office** | **JOHN J. WINTER** |
| 700 American Avenue, Suite 303 | (610) 666-8437 |
| King of Prussia, PA  19406 | jwinter@chartwelllaw.com |
| (610) 666-7700        (610) 666-7704 facsimile | |

May 7, 2026

**Via Electronic Filing**

Clerk, U.S. Eastern District Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:    Request Certificate of Good Standing for John J. Winter, Esquire**
              **Chartwell No. 324.0100085**

Dear Sir/Madam:

     Please issue a Certificate of Good Standing for John J. Winter, Esquire, Pennsylvania Identification Number 46849, admitted to the Court on June 21, 1989, upon payment of your costs in the amount of $21.00 at the time of this filing.

              Sincerely,

              **CHARTWELL LAW**

              By:   _____
                    John J. Winter, Esquire

JJW/amm